AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2026
CLERK, U.S. DISTRICT COURT
By ______________________
Deputy

United States of America
v.

OLLIE LEE PAYNE

Defendant(s)

Case No. 2:26-MJ-236-BR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 22, 2026 in the county of Potter in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

Please see the attached affidavit in support of the criminal complaint.

☑ Continued on the attached sheet.

Approved:
s/ Jeffrey R. Haag
Asst. U.S. Attorney

F. Burga
*Complainant's signature*

Fernando Burga, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of FED. R. CRIM. P. 4.1 by telephone this 23rd day of OCTOBER, 2026.

Date: 10/23/26

Lee Ann Reno
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:26-MJ-236-BR

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Fernando Burga, being sworn, depose and state as follows:

1) I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a Special Agent with DEA in April 2023, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in August 2023. In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was a police officer with the Punta Gorda Police Department for six years. During that time, as a Patrol Officer assigned to the canine unit. I made numerous narcotics related arrests and assisted in narcotics investigations.

3) This affidavit is made in support of a complaint and arrest warrant for Ollie Lee PAYNE. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not included every fact known to me about this investigation in the affidavit.

4) On October 22, 2026, agents/officers conducted surveillance at 4233 SW 9th Avenue, Amarillo, Texas, in reference to Ollie Lee PAYNE distributing methamphetamine. Agents/officers observed a blue Scion bearing Texas registration XWM2269 parked in the driveway.

5) At approximately 1:20 p.m., agents/officers observed PAYNE walk out of the residence, get into driver's seat of Scion, and pull out of the driveway. Agents/officers started to follow the Scion as it traveled through Amarillo, Potter County, Texas. Potter County Sheriff's Office (PCSO) Deputy Kalan Cox and Deputy Les Carter observed the Scion following too closely and making an unsafe lane change, which are violations of the Texas Transportation Code. Deputy Cox and Deputy Carter attempted to conduct a traffic stop on the Scion for the violations observed. The Scion did not stop and started to travel at a high rate of speed in attempt to evade law enforcement. Agents/officers initiated a vehicle pursuit in an attempt to stop PAYNE.

6) During the vehicle pursuit, agents/officers observed PAYNE throw a large colorful bag out of the driver's window. Agents/officers retrieved the bag and found five wrapped packages containing an off-white crystal substance inside the bag. The off-white crystal-like substance was field tested and tested positive for the presence of methamphetamine. The approximate net weight of the methamphetamine in the bag was 2.9 kilograms. This quantity of methamphetamine is only consistent with distribution.

7) The Scion became inoperable at the intersection of E. Hastings Ave and N. Hill St., Amarillo, Potter County, Texas. PAYNE got out of the driver's seat and started to flee on foot. Agents/officers arrested PAYNE and took PAYNE to the Amarillo Police Department (APD) for an interview. PAYNE advised he did not want to cooperate with law enforcement.

8) Agents/officers applied for a state search warrant at 4233 SW 9th Avenue, Amarillo, Texas. The search warrant was reviewed and signed by District Judge Dee Johnson. Agents/officers executed the search warrant at 4233 SW 9th Avenue, Amarillo, Texas.

9) During the search of the residence, agents/officers located seven wrapped packages that were wrapped the same as the packages seized during PAYNE's flight. The total weight of the suspected methamphetamine seized was 5.4 kilograms, which is likewise only consistent with distribution.

Fernando Burga
DEA Special Agent

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 23rd day of October 2026.

Lee Ann Reno

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE